# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**CERT RESTORATION, LLC** a/a/o **PHANOR JOSEPH,**
Appellant,

v.

**CITIZENS PROPERTY INSURANCE CORPORATION,**
Appellee.

No. 4D21-1473

[February 16, 2022]

Appeal from the County Court for the Fifteenth Judicial Circuit, Palm Beach County; Frank S. Castor, Judge; L.T. Case No. 502017CC014087XXXXMB.

Erik D. Diener of The Diener Firm, P.A., Plantation, for appellant.

David C. Borucke of Cole, Scott & Kissane, P.A., Tampa, for appellee.

PER CURIAM.

*Affirmed. See First Call 24/7, Inc. v. Citizens Prop. Ins. Corp.*, 46 Fla. L. Weekly D2419 (Fla. 4th DCA Nov. 10, 2021).

CIKLIN, GERBER and FORST, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***